UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACE AMERICAN INSURANCE CO.,

    Plaintiff,
v.    Case No. 8:08-cv-2233-T-33MAP

CUMMINS MERCRUISER DIESEL, LLC, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendant's motion to dismiss (Doc. # 8), which was filed on March 10, 2009. On April 20, 2009, this Court entered an order referring the motion to dismiss to the Magistrate Judge for the issuance of a report and recommendation on the motion. (Doc. # 12). Thereafter, Plaintiff filed a one-page response to the motion to dismiss indicating that amendment to the complaint is necessary. (Doc. # 13). In addition, on April 20, 2009, Plaintiff filed its agreed motion for leave to amend the complaint with Plaintiff's proposed amended complaint attached as an exhibit. (Doc. # 14).

Because leave to amend is freely granted pursuant to Rule 15 of the Federal Rules of Civil Procedure and Foman v. Davis, 371 U.S. 178, 182 (1962), and because the amendment sought is

unopposed, this Court grants the motion to amend. In addition, this Court withdraws its order of referral of the motion to dismiss. The amended complaint will render moot Defendant's pending motion to dismiss. Defendant may re-submit the motion to dismiss, if Defendant desires, after the filing of Plaintiff's amended complaint.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This Court's order of referral (Doc. # 12) is **WITHDRAWN**.

(2) Plaintiff's agreed motion for leave to amend the complaint (Doc. # 14) is **GRANTED.**

(3) The Clerk is directed to file Plaintiff's amended complaint. (Doc. # 14-2).

(4) Defendant's motion to dismiss (Doc. # 8) is **DENIED WITHOUT PREJUDICE AS MOOT**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of April, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record